## COOK *et al.* v. WOODBURY COUNTY.

1. UNANSWERED PETITION IN EQUITY. A petition in equity, when undenied, is taken as confessed, but the extent of such confession is frequently measured by the exhibits attached.

2. SAME: EVIDENCE. When proof is introduced which destroys the case made by a bill to which there is no answer relief should be denied.

3. DUTY OF APPELLANT. It is the duty of the appellant to bring before the Supreme Court all the evidence upon which the decree from which he appeals was rendered.

*Appeal from Woodbury District Court.*

TUESDAY, APRIL 8.

PETITIONERS seek to enjoin the collection of certain taxes for the years 1857, 1858 and 1859. The bill was filed on the 27th, and the cause decided on the 28th September, 1860. Whether an injunction was allowed in the first instance, and the decision found on the record made on the

final hearing, or on the application for the writ, does not appear. There was no answer, nor other pleadings than the petition. The cause was heard on the "bill and proof," and the injunction made perpetual as to a portion of the taxes for 1857 and 1858, and the other relief prayed for, refused. Complainants appeal.

*James M. Ellwood* for the appellant.

No appearance for the appellee.

WRIGHT, J. — There are insuperable obstacles which prevent the passing upon the many questions made by counsel. The bill refers to certain exhibits. These are not in the record. The cause was heard on petition and proof, but the proof is not here. It is true that some six months after the cause was decided, and after this appeal, the parties argued that certain evidence was introduced, and they set out what one witness testified; but they do not pretend that this was all the testimony. The clerk certifies that this is all the evidence found by him on the record, but it no where appears, by implication even, that all the proof presented to the court below is before us. Under such circumstances, we will not undertake to pass upon this decree.

It is true that a petition undenied is to be taken as confessed. But the extent and import of such confession is not unfrequently measured by the exhibits attached. These are not before us. Not only so, but where proof is introduced which destroys the case made by the bill, (though there be no answer,) relief should be denied. (*Adkins* v. *Faulkner*, 11 Iowa, 326.) Then, again, it is the duty of appellant to bring before us all the evidence upon which the decree was rendered. (*Garner* v. *Pomroy*, Id. 149, and cases there cited.)

Affirmed.